HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASTE ACTION PROJECT,

    Plaintiff,

    v.

HONEYWELL INTERNATIONAL, et al.,

    Defendants.

CASE NO. C12-233RAJ

ORDER

    The court has received the parties' joint motion for entry of a consent decree. Dkt. # 23. The court notes that the government of the United States has filed a letter indicating that it does not object to entry of the consent decree, while reserving whatever rights the Government may have.

    The court GRANTS the motion, and directs the clerk to enter the consent decree the parties have proposed as the judgment of the court.

    Dated this 19th day of December, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1